11 So.2d 170

**Pinkie JONES v. CITY OF BIRMINGHAM.**

6 Div. 908.

Court of Appeals of Alabama.
Nov. 27, 1942.

PER CURIAM.

Appeal dismissed, want of prosecution.

---

3 So.2d 923

**Thelma JONES v. CITY OF OPELIKA.**

5 Div. 129.

Court of Appeals of Alabama.

June 24, 1941.

Grover C. Powell, of Atlanta, Ga., for appellant.

Duke & Duke, of Opelika, for appellee.

SIMPSON, Judge.

Affirmed on authority of Rosco Jones v. City of Opelika, 241 Ala. 279, 3 So.2d 76.

---

8 So.2d 225

**John JOSEPH v. STATE.**

1 Div. 423.

Court of Appeals of Alabama.
Mar. 17, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

---

8 So.2d 225

**Andrew KENT v. STATE.**

8 Div. 236.

Court of Appeals of Alabama.
March 3, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

---

8 So.2d 904

**B. F. KENT v. CITY OF ANNISTON.**

7 Div. 679.

Court of Appeals of Alabama.
June 9, 1942.

Hugh Walker, of Anniston, for appellant.

Hugh D. Merrill, Jr., of Anniston, for appellee.

BRICKEN, Presiding Judge.
Affirmed.

---

5 So.2d 849

**Henry F. KERBER v. STATE.**

6 Div. 821.

Court of Appeals of Alabama.
Dec. 16, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.